CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/28/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| OCEAN 10 SECURITY LLC, | CASE NO. 6:22-cv-7 |
| *Plaintiff,* | |
| v. | ORDER |
| LYNCHBURG REDEVELOPMENT AND HOUSING AUTHORITY, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion to dismiss, Dkt. 5, is DENIED in full.

It is so ORDERED.

The Clerk of Court is directed to deliver a copy of this opinion to all counsel of record.

Entered this 28th day of April 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE